No. 74–921. STANTON, ADMINISTRATOR, DEPARTMENT OF PUBLIC WELFARE OF INDIANA, ET AL. v. BOND ET AL. C. A. 7th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 74–901. HOLMAN ET AL. v. COIE ET AL. Ct. App. Wash. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.*

No. 74–914. THOMPSON ET AL. v. SHEPPARD ET AL. C. A. 5th Cir. Motion for leave to amend petition granted. Certiorari denied.

No. 74–272. SEMINOLE NATION OF OKLAHOMA v. UNITED STATES, *ante,* p. 907;

No. 74–481. VIRGINIA v. UNITED STATES ET AL., *ante,* p. 901;

No. 74–482. CISSNA v. McQUAID, TRUSTEE IN BANKRUPTCY, 419 U. S. 1050;

No. 74–5367. SMITH v. MARYLAND, *ante,* p. 909;

No. 74–5701. CLARK v. DUMBAULD, U. S. DISTRICT JUDGE, *ante,* p. 905; and

No. 74–5721. CARTER v. ESTELLE, CORRECTIONS DIRECTOR, *ante,* p. 912. Petitions for rehearing denied.

No. 74–424. BOWMAN TRANSPORTATION, INC. v. FRANKS ET AL., 419 U. S. 1050; and

No. 74–5337. MARTIN-MENDOZA v. IMMIGRATION AND NATURALIZATION SERVICE, 419 U. S. 1113. Motions for leave to file petitions for rehearing denied.

---

*See also note, *supra,* p. 968.